AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br>Jones, Edith H | 2. Court or Organization<br>5th Circuit Court of Appeals | 3. Date of Report<br>5/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Circuit Judge, Active | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>515 Rusk Avenue, Room 12505<br>Houston, TX 77002-2600 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Sam Houston Area Council, Boy Scouts of America |
| 2. Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. Director | Texas Law Review Association |
| 4. Member | Judicial Advisory Board, George Mason University Law & Economics Center |
| 5. President | Garland Walker Inns of Court |
| 6. Member | White House Fellows Commission |
| 7. Member | President's Council of Cornell Women |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED JUN 2 11 02 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, Edith H | 5/31/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Andrews & Kurth, LLP - salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federalist Society | 2/20-21/04 - Food, lodging and travel to Nashville, TN for Fed. Soc. student symposium |
| 2. | American Bankruptcy Institute | 3/6-9/04 - Food, lodging and travel to NY for 2004 Nat'l Duberstein Moot Ct. competition |
| 3. | Univ. of Richmond School of Law | 4/15-17/04 - Food, lodging and travel to Richmond, VA for judicial selection conference |
| 4. | GMU Law & Econ. Center | 4/30-5/6/04 - Food, lodging and travel to Tucson, AZ for an LEC educational program |
| 5. | GMU Law & Econ. Center | 9/30-10/3/04 - Food, lodging and travel to San Diego, CA for an LEC education program |
| 6. | GMU LEC Judicial Advisory Bd. | 10/27-31/04 - Food, lodging and travel to Alexandria, VA for board meeting and to give speech |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mont Pelerin Socy | Guest fee waiver for conference in Salt Lake City | $1,090 |
| 2. | The Houston Club | Reduced price membership fee and dues | $1,080 |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   BANK ACCOUNTS | | | | | | | | | |
| 2.   Bank One - Accounts | B | Interest | K | T | | | | | |
| 3.   Bank of America - Accounts | B | Interest | K | T | | | | | |
| 4.   J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 5.   STOCKS, BONDS & NOTES | | | | | | | | | |
| 6.   AT&T Common Stock | A | Dividend | J | T | | | | | |
| 7.   Xcel Energy - common | B | Dividend | K | T | Donated pt. | 3/12 | J | | See comments. |
| 8.   McDonald's Corp. - common | A | Dividend | J | T | Donated pt. | 3/12 | J | | See comments. |
| 9.   Investment Co. of America | A | Dividend | K | T | | | | | |
| 10.  Aim Constellation Fund | A | Dividend | K | T | | | | | |
| 11.  Dow Chemical-common | A | Dividend | J | T | | | | | |
| 12.  Exxon Mobil Corp. - common | A | Dividend | K | T | | | | | |
| 13.  Nestle - common | A | Dividend | K | T | | | | | |
| 14.  Newmont Gold - common | A | Dividend | J | T | | | | | |
| 15.  Pennzoil Co. Note | A | Interest | J | T | | | | | |
| 16.  Aim Constellation Fund | A | Dividend | J | T | | | | | |
| 17.  Putnam New Opportunity Fund | A | Dividend | J | T | | | | | |
| 18.  BP Amoco - common | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS  — income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Exxon Mobil Corporation - common | A | Dividend | K | T | | | | | |
| 20. Investment Co. of America | A | Dividend | K | T | | | | | |
| 21. Pennzoil Co. Note | A | Interest | J | T | | | | | |
| 22. Intel Corporation | A | Dividend | J | T | | | | | |
| 23. Procter & Gamble | A | Dividend | K | T | | | | | |
| 24. Newmont Gold - common | A | Dividend | J | T | Donated pt. | 3/12 | J | | See comments. |
| 25. Newmont Gold - common | A | Dividend | J | T | Donated pt. | 10/19 | J | | See comments. |
| 26. Rouse Co. | D | Dividend | | | Donated pt. | 8/19 | J | | See comments. |
| 27. Rouse Co. | | | | | Sold all | 9/30 | M | M | |
| 28. Morgan Stanley Assets Acct | B | Interest | M | T | | | | | |
| 29. Morgan Stanley Assets Acct | C | Interest | N | T | | | | | |
| 30. Nuveen Ins. Muni Fund | A | Dividend | | | Donate pt. | 3/12 | J | | See comments. |
| 31. Nuveen Ins. Muni Fund | A | Dividend | | | Donate all | 10/19 | J | | See comments. |
| 32. Nuveen Quality Income Muni Fund | A | Dividend | | | Donate pt. | 3/12 | J | | See comments. |
| 33. Nuveen Quality Income Muni Fund | A | Dividend | | | Donate all | 10/19 | J | | See comments. |
| 34. SBC Communications, Inc. | A | Dividend | J | T | | | | | |
| 35. Lucent Technology | | None | J | T | | | | | |
| 36. Avaya, Inc. | | None | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. NCR | | None | J | T | | | | | |
| 38. Bell South Notes | B | Interest | K | T | | | | | |
| 39. Pepsico | A | Dividend | K | T | | | | | |
| 40. Penn. Elec. Co. Note | A | Interest | | | Redeemed | 4/01 | J | C | |
| 41. Balt. Gas & Electric Notes | B | Interest | K | T | | | | | |
| 42. Merck & Co. Bonds | A | Interest | J | T | | | | | |
| 43. Morgan Stanley Utl. Fd. B | A | Interest | K | T | | | | | |
| 44. Van Kampen Comstock B | A | Dividend | K | T | | | | | |
| 45. Franklin Insd. Tax Free Fund | A | Interest | K | T | | | | | |
| 46. Mut. Series Shares Fund | A | Dividend | K | T | | | | | |
| 47. GPR Energy, LLC | | | K | U | Buy | 4/29 | K | | |
| 48. United Railcar Repair, LLC | C | Dividend | | | Sold | 4/16 | | | See comments. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Section VII.

Items 7, 8, 24, 25, 26, 30, 31, 32, and 33. These transactions are exempt from reporting requirements, per Section 102(a)(5).

Item 48. This security was dropped from the report as defunct in a prior year, however, the sale of the company's remaining assets generated a small one time distribution in 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __May 27, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544